# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1789
_____

Lasaro Rios-Silva

*Petitioner*

v.

Eric H. Holder, Jr.

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: November 27, 2013
Filed: November 29, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Lasaro Rios-Silva petitions for review of an order of the Board of Immigration Appeals, which upheld an immigration judge's denial of Rios-Silva's motion to reopen removal proceedings. After careful review, we conclude the denial of the motion to reopen was not an abuse of discretion. See Kanyi v. Gonzales, 406 F.3d

1087, 1089-90 (8th Cir. 2005) (standard of review).  Accordingly, we deny the petition.  See 8th Cir. R. 47B.

_____